```
Comcast
P.O. Box 3005
Southeastern, PA 19398-3005



Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY 11735-9100



Torres Credit
Attn: Bankruptcy
Po Box 189
Carlisle, PA 17013



UGI
225 Morgantown Road
Reading, PA 19611
```