IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSE M. MUNOZ,　　　　　　　　： Chapter 13
　　　　　　debtor　　　　　　　　　　： Case No. 20-10107

### CERTIFICATION OF NO PAYMENT ADVICES
### PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, JOSE M. MUNOZ, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment.

\_\_\_\_\_ I further certify that I received no payment advices during that period because:

\_\_\_\_\_ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_\_ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_\_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

\_\_X\_\_ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_\_ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 6/1/20　　　　　　　　　　　　　　　X Jose M Munoz