UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jose M. Munoz<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-10107-PMM |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 5th day of June, 2020, by first class mail upon those listed below:

Jose M. Munoz
1017 N. Front St.
Reading, PA  19601

**Electronically via CM/ECF System Only:**

John DiGiamberardino, Esq.
845 North Park Road
Suite 101
Wyomissing, PA  19610

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee