IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSE M. MUNOZ, : Chapter 13
            debtor : Case No. 20-10107

## ORDER

A.    The Debtor's counsel, John A. DiGiamberardino, Esquire ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 34, "the Application").

B.    The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C.    The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D.    Reasonable and allowable compensation is allowed to the Applicant in the amount of **$4,026.20** and Expenses are allowed in the amount of **$223.80.**

1.    The Application is **GRANTED**.

2.    The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

BY THE COURT:

_____