United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jose M. Munoz  
    Debtor

Case No. 20-10107-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Feb 02, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose M. Munoz, 1017 N. Front St., Reading, PA 19601-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

**Name**      **Email Address**

JOHN A. DIGIAMBERARDINO  
    on behalf of Debtor Jose M. Munoz jad@cdllawoffice.com dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO  
    on behalf of Plaintiff Jose M. Munoz jad@cdllawoffice.com dmk@cdllawoffice.com

LEON P. HALLER  
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ  
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)  
    ECFMail@ReadingCh13.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Feb 02, 2021     Form ID: pdf900     Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jose M. Munoz aka Jose M. Munoz Sanchez<br>　　　　　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Jose M. Munoz aka Jose M. Munoz Sanchez<br>　　　　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 20-10107 PMM<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

　　　　　AND NOW,  upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is hereby ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1017 North Front Street, Reading, PA 19601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*

**Date: February 2, 2021**　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Jose M. Munoz aka Jose M. Munoz Sanchez
1017 North Front Street
Reading, PA 19601

John A. DiGiamberardino Esq.
845 N. Park Road, Ste. 101 (VIA ECF)
Wyomissing, PA 19610

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532