United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                         Case No. 20-10107-pmm

Jose M. Munoz                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                  User: admin                                               Page 1 of 3

Date Rcvd: Mar 18, 2021                            Form ID: pdf900                                   Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M. Munoz, 1017 N. Front St., Reading, PA 19601-1401 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14510355 | + | John A. DiGiamberardino, Esq., Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14448916 | + | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14470810 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14448918 | + | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14448919 | + | Midland Funding LLC, P.O. Box 2001, Warren, MI 48090-2001 |
| 14454965 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14465958 | + | Sunrise Credit Services, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14448921 | + | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14448922 | + | Torres Credit, Attn: Bankruptcy, Po Box 189, Carlisle, PA 17013-0189 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 19 2021 03:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14473903 | | Email/Text: ally@ebn.phinsolutions.com | Mar 19 2021 03:50:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14448911 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 19 2021 03:50:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14448912 | + | Email/Text: bsimmons@amsher.com | Mar 19 2021 03:50:00 | AmSher Collection Srv, 4524 Southlake Parkway, Ste 15, Hoover, AL 35244-3271 |
| 14448913 | | Email/Text: bankruptcy@bbandt.com | Mar 19 2021 03:50:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14475104 | + | Email/Text: bankruptcy@bbandt.com | Mar 19 2021 03:50:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847, Mailcode 27894-1847 |
| 14465957 | | Email/Text: documentfiling@lciinc.com | Mar 19 2021 03:50:00 | Comcast, P.O. Box 3005, Southeastern, PA 19398-3005 |
| 14448914 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 19 2021 03:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14448915 | | Email/Text: mrdiscen@discover.com | Mar 19 2021 03:50:00 | Discover Financial, Attn: Bankruptcy Department, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 15316, Wilmington, DE 19850 |
| 14453829 | | Email/Text: mrdiscen@discover.com | Mar 19 2021 03:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14455038 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 02:36:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14448917 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 02:47:48 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14448920 | + | Email/Text: blegal@phfa.org | Mar 19 2021 03:50:00 | PHFA, 211 N. Front St., Harrisburg, PA 17101-1466 |
| 14483904 | + | Email/Text: blegal@phfa.org | Mar 19 2021 03:50:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14477471 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2021 03:50:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14456542 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 19 2021 02:48:55 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14465960 | | Email/Text: bkrcy@ugi.com | Mar 19 2021 03:51:00 | UGI, 225 Morgantown Road, Reading, PA 19611 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14465959 | *+ | Torres Credit, Attn: Bankruptcy, Po Box 189, Carlisle, PA 17013-0189 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Jose M. Munoz jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Jose M. Munoz jad@cdllawoffice.com  dmk@cdllawoffice.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 33 |

on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Jose M. Munoz,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 20-10107 PMM |

## O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held held in this matter on March 18, 2021,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

*/s/ Patricia M. Mayer*

**Date: March 18, 2021**

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**