United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10107-pmm |
| Jose M. Munoz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M. Munoz, 1017 N. Front St., Reading, PA 19601-1401 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14510355 | + | John A. DiGiamberardino, Esq., Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14448916 | + | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14470810 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14448918 | + | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14448919 | + | Midland Funding LLC, P.O. Box 2001, Warren, MI 48090-2001 |
| 14454965 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14465958 | + | Sunrise Credit Services, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14448921 | + | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14448922 | + | Torres Credit, Attn: Bankruptcy, Po Box 189, Carlisle, PA 17013-0189 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2021 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 16 2021 03:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14473903 | | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2021 03:51:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14448911 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2021 03:51:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14448912 | + | Email/Text: bsimmons@amsher.com | Apr 16 2021 03:52:00 | AmSher Collection Srv, 4524 Southlake Parkway, Ste 15, Hoover, AL 35244-3271 |
| 14448913 | | Email/Text: bankruptcy@bbandt.com | Apr 16 2021 03:51:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14475104 | + | Email/Text: bankruptcy@bbandt.com | Apr 16 2021 03:51:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847, Mailcode 27894-1847 |
| 14465957 | | Email/Text: documentfiling@lciinc.com | Apr 16 2021 03:51:00 | Comcast, P.O. Box 3005, Southeastern, PA 19398-3005 |
| 14448914 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 16 2021 03:52:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14448915 | | Email/Text: mrdiscen@discover.com | Apr 16 2021 03:51:00 | Discover Financial, Attn: Bankruptcy Department, |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14453829 | | Email/Text: mrdiscen@discover.com | Apr 16 2021 03:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025; Po Box 15316, Wilmington, DE 19850 |
| 14455038 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2021 03:37:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14448917 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2021 03:29:59 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14448920 | + | Email/Text: blegal@phfa.org | Apr 16 2021 03:51:00 | PHFA, 211 N. Front St., Harrisburg, PA 17101-1466 |
| 14483904 | + | Email/Text: blegal@phfa.org | Apr 16 2021 03:51:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14477471 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2021 03:51:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14456542 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 16 2021 03:21:44 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14465960 | | Email/Text: bkrcy@ugi.com | Apr 16 2021 03:52:00 | UGI, 225 Morgantown Road, Reading, PA 19611 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14465959 | *+ | Torres Credit, Attn: Bankruptcy, Po Box 189, Carlisle, PA 17013-0189 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Jose M. Munoz jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Jose M. Munoz jad@cdllawoffice.com  dmk@cdllawoffice.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 33

SCOTT F WATERMAN
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  JOSE M. MUNOZ | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 20-10107 PMM |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: April 15, 2021**

_Patricia M. Mayer_
PATRICIA M.  MAYER
U.S. BANKRUPTCY JUDGE